UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEATRICE MOFFATT and HARLAN MOFFATT, <br><br> Plaintiffs, <br><br> v. <br><br> HOLLAND AMERICA LINE – WESTOURS INC., *et al.*, <br><br> Defendants. | CASE NO. C05-0680RSM <br><br> ORDER GRANTING MOTION TO CONTINUE NOTING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on plaintiffs' motion to re-note defendants' motion for summary judgment from June 3, 2005, until July 7, 2005. (Dkt. #10). Plaintiffs explain that their local counsel has filed a motion to withdraw, and request the extension in order to allow new counsel to enter the case before a response is due. Defendants have no objection to the motion provided that plaintiffs are not allowed any further continuances of the summary judgment motion. (Dkt. #11). Defendants note that both local counsel and out of state counsel will have had plenty of time to prepare a response by the July due date.

Accordingly, the Court hereby ORDERS:

(1) Plaintiff's Motion to Continue (Dkt. #10) is GRANTED. The Court shall RE-NOTE defendants' Motion for Summary Judgment (Dkt. #6) for July 8, 2005.[1] Pursuant to the

---

[1] The Court notes that plaintiffs requested a noting date of July 7, 2005, which is a Thursday. However, pursuant to this Court's Local Rules, all dispositive motions are noted for

ORDER
PAGE – 1

1   Court's Local Rules, plaintiffs' response to the motion is now due July 5, 2005.  Local Rule CR

2   7(d)(3).  Any reply by defendants is due the same day the motion is noted, July 8, 2005.  Local

3   Rules CR 7(d)(3).

4      (2)  The Clerk shall direct a copy of this Order to all counsel of record.

5   DATED this  2nd  day of June, 2005.

                               /s/ Ricardo S. Martinez
                               RICARDO S. MARTINEZ
                               United States District Judge

---

26  consideration on a Friday.  Local Rule CR 7(d)(3).  Accordingly, the Court will re-note defendants' motion for summary judgment one day later than requested.

ORDER
PAGE – 2